JASPER *et als.*, Respondents, *v.* MILLER *et al.*, Appellants.

1. *Practice—Supreme Court.*—Judgment affirmed, with ten per cent. damages, upon failure to file transcript of record and prosecute appeal.

*Appeal from Franklin County Circuit Court.*

WAGNER, Judge, delivered the opinion of the court.

The appeal in this case was taken at the April term, 1864, of the Franklin county Circuit Court.   The appellant has neglected to prosecute his appeal or to show cause for his delay.  The appellee produces here in court a perfect transcript of the record, and moves to have the judgment affirmed.  The motion is sustained, and the judgment is affirmed, with ten per cent. damages.

Judge Holmes concurs; Judge Lovelace absent.